NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VALEANT INTERNATIONAL (BARBADOS) SRL (ALSO KNOWN AS BIOVAIL LABORATORIES INTERNATIONAL SRL),**
*Plaintiff-Cross Appellant,*

v.

**WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC. – FLORIDA, AND WATSON PHARMA, INC.,**
*Defendants-Appellants.*

---

2012-1117, -1202

---

Appeals from the United States District Court for the Southern District of Florida in case no. 10-CV-20526, Chief Judge Federico A. Moreno.

---

## ON MOTION

---

## ORDER

Valeant International (Barbados) SRL (Valeant) moves unopposed to withdraw its response to Watson's motion for an extension of time to respond to the motion

to disqualify, or in the alternative to dismiss or stay the motion to disqualify.

Accordingly,

IT IS ORDERED THAT:

The motion to withdraw the response is granted.

FOR THE COURT

FEB 2 1 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Theresa Marie Gillis, Esq.
James F. Hurst, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 1 2012

JAN HORBALY
CLERK